UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

Kendle Mardis

v.

Dealer Loyalty Protection, et al.,

**Defendants**

Case NO. 2:25-cv-01237

Judge Edmund A. Sargus JR.

Magistrate Judge Kimberly A. Jolson

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

**(Fed. R. Civ. P. 55(a))**

Plaintiff Kendle Mardis, proceeding pro se, respectfully moves the Clerk of Court for entry of default against Dealer Loyalty Protection, Inc. and Richard Benevento pursuant to Federal Rule of Civil Procedure 55(a).

### GROUNDS FOR RELIEF

Defendants were properly served with the Summons and Complaint, and proof of service is reflected on the Court's docket.

Under Federal Rule of Civil Procedure 12(a), Defendants were required to file an answer or otherwise respond within the time permitted by the Rules.

1

Defendants have failed and refused to plead or otherwise defend this action. No Answer, Rule 12 motion, or other responsive pleading has been filed.

Plaintiff has filed motions alerting the Court to Defendants' noncompliance, including a Renewed Motion for Entry of Default and Default Judgment (Doc. 30). Despite notice, Defendants remain in default.

Defendants' continued failure to respond is willful, unjustified, and without excusable neglect. Defendants are represented by counsel and are fully aware of their obligations under the Federal Rules of Civil Procedure.

This failure prejudices Plaintiff by:

Preventing the case from moving forward;

Forcing Plaintiff to expend additional time and resources;

Undermining the orderly administration of justice.

Rule 55(a) provides that when a party "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The conditions for entry of default are fully satisfied here.

**WHEREFORE,**

Plaintiff respectfully requests that the Clerk of Court enter default against Dealer Loyalty Protection, Inc. and Richard Benevento pursuant to Rule 55(a), and for such further relief as the Court deems just and proper.

Respectfully submitted, 

/s/ Kendle Mardis

Kendle Mardis, Pro Se

P.O. Box 1622

Reynoldsburg, OH 43068

Plaintiff



## CERTIFICATE OF SERVICE

I certify that on this 4th day of February 4, 2026, a true and correct copy of the foregoing Motion was served via CM/ECF and/or U.S. Mail upon:

**Counsel for Defendants**

Barry S. Guaglardi, Esq.

Peter A. Cantilina, Esq.

154 Main Street

Goshen, NY 10924

/s/ Kendle Mardis

Kendle Mardis

Date: 2-4-26

3